# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEONDRA M. CHESTANG**                                                                    **PLAINTIFF**
**ADC #134005**

v.                            Case No. 5:15-cv-00122-KGB

**WENDY KELLY, Director,**
**Arkansas Department of Correction;** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

SO ADJUDGED this 5th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE